**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02656-LTB-CBS

JOSEPH F. GRAVES,

      Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

      Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Amend Complaint and Substitute Defendants (Doc 4 - filed April 23, 2010) is **GRANTED**. The tendered Amended Complaint is accepted for filing and the caption of the matter is amended as indicated above.

Dated: April 26, 2010
_____