**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02656-LTB-CBS

JOSEPH F. GRAVES,

       Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

       Defendant.
_____

**ORDER DISCHARGING ORDER TO SHOW
CAUSE DATED APRIL 15, 2010**
_____

THIS MATTER is before the court upon the Order to Show cause dated April 15, 2010, issued by this Court.

THIS COURT, having reviewed the file and response filed by Plaintiff, being advised in the premises, and good cause having been shown, discharges the Order to Show Cause.

                          BY THE COURT:

                             s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: April 29, 2010