IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-02656-LTB-CBS

JOSEPH F. GRAVES,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.
_____

**ORDER**
_____

THIS MATTER, having come before the Court on Plaintiff's Motion to Dismiss with Prejudice, does hereby order as follows:

Plaintiff's lawsuit against Defendant Encore Receivable Management, Inc., and all claims contained therein, is dismissed in its entirety with prejudice.

                    BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED: August 20, 2010